# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

153471(17)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

STEVE LIVNEH, HENVIL CORPORATION, LTD,
LICAN DEVELOPMENTS, LTD, REVITA
HEALTH CORP., and REVITA TECHNOLOGIES,
INC.,
        Plaintiffs-Appellants,

v

COHEN LERNER & RABINOVITZ, P.C., d/b/a
COHEN LERNER RABINOVITZ WITUS,
        Defendant-Appellee.
_____/

SC: 153471
COA: 331556
Oakland CC: 2012-126038-NM

On order of the Chief Justice, the motion of defendant-appellee to file a sur-reply is GRANTED. The sur-reply submitted on May 25, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016

